NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RALPH M. MALONE,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3211

---

Petition for review of the Merit Systems Protection Board in No. DE-0831-14-0311-I-1.

---

**ON MOTION**

---

**O R D E R**

Ralph M. Malone files a response to the respondent's motion to reform the caption to designate the Merit Systems Protection Board as the respondent. The court notes that the motion to reform the caption was granted on October 30, 2014. The court treats Mr. Malone's response as a motion for reconsideration.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                    MALONE v. MSPB

The motion for reconsideration is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21